# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT MCLHINNEY** and **SHERRY MCLHINNEY,**<br>321 Logan Court<br>Abingdon, MD 21009<br>*Harford County*<br>      Plaintiffs,<br>   vs.<br><br>**CONVERGENT OUTSOURCING, INC. d/b/a/ CONVERGENT,**<br>800 SW 39th Street,<br>Renton, WA 98057<br><br>and<br>**DOES 1 through 10, inclusive,**<br>      Defendants. | **Case No.: MJG-13-1690**<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

Dated: 6/26/2013                          RESPECTFULLY SUBMITTED,

                                          By: /s/ L. Jeanette Rice
                                          L. Jeanette Rice, Esq 12933
                                          Walsh, Becker, Moody & Rice
                                          14300 Gallant Fox Lane # 218
                                          Bowie, MD 20715
                                          Telephone: 301-262-6000
                                          Facsimile: 301-262-4403
                                          Email: riceesq@walshbecker.com